United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ALMA MARTINEZ *et al.* § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-90 |
| § | |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE § | |
| COMPANY § | |

# ORDER

Pending before the Court is the United States Magistrate Judge's Report and Recommendation (the "Report") (Dkt. No. 18). On October 27, 2023, then United States Magistrate Judge John A. Kazen ordered Plaintiffs' counsel, Perry J. Dominguez, II, to show cause why the Court should not impose sanctions on him pursuant to Federal Rule of Civil Procedure 11 (Dkt. No. 8 at 3). Mr. Dominguez had failed to address binding Fifth Circuit precedent[1] the Court directed him towards and filed a motion for remand unwarranted under that precedent (*see* Dkt. Nos. 2, 3, 6). On November 13, 2023, Mr. Dominguez filed a response to the show cause order (Dkt. No. 12). After reviewing Mr. Dominguez's response, the Magistrate Judge recommends in his Report that the Court impose upon Mr. Dominguez a sanction of three (3) hours of certified continuing legal education (Dkt. No. 18 at 10).

---

[1] *Advanced Indicator & Mfg., Inc. v. Acadia Ins. Co.*, 50 F.4th 469, 474 (5th Cir. 2022) (holding that an insurance company's election of responsibility for an insurance adjuster's liability before removal means that the adjuster is improperly joined at the time of removal, because there is no possibility of recovery against the adjuster).

No party filed an objection to the Report within the 14-day objection period. *See* Fed. R. Civ. P. 72(b)(2) (providing for the 14-day objection period). The Court thus reviews the Report for clear error. *See* Fed. R. Civ. P. 72(b); *Hack v. Wright*, 396 F.Supp.3d 720, 730 (S.D. Tex. 2019).

Having reviewed the Report and finding no clear error, the Court hereby **ADOPTS** the Report (Dkt. No. 18) **IN WHOLE**. Accordingly, the Court imposes the following sanction pursuant to Federal Rule of Procedure 11(c):

> Perry J. Dominguez, II shall complete three (3) hours of Texas Bar Association certified continuing legal education on a subject or subjects related to legal research. Mr. Dominguez shall have six (6) months, or until Thursday, July 25, 2024, to complete these hours and shall present the Court with proof of completion on or before that same date.

It is so **ORDERED**.

**SIGNED** January 25, 2024.

Marina Garcia Marmolejo
United States District Judge